894

Commonwealth *v.* Stabryla, Appellant.

Submitted April 14, 1971. *Barney Phillips,* for appellant; *Robert L. Campbell* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Stefanik, Appellant.

Submitted April 12, 1971. *Anita M. Cohen* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.